PROB 12B
(7/93)

# United States District Court

for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Marinda Tatum                                   Case Number: 2:04cr92-MEF

Name of Sentencing Judicial Officer: The Honorable Mark E. Fuller, Chief U.S. District Judge

Date of Original Sentence: December 15, 2004

Original Offense: Robbery of Property or Money [18 USC:2113(b)]

Original Sentence: Three (3) years probation

Type of Supervision: Probation                   Date Supervision Commenced: December 15, 2004

## PETITIONING THE COURT

[X]   To extend the term of supervision for 1 year, for a total term of 4 years.
[ ]   To modify the conditions of supervision as follows:

## CAUSE

On December 15, 2004, Tatum was sentenced to three (3) years probation and as a special condition of probation, she was ordered to pay $4,000 restitution at a rate of $115 monthly at the start of supervision. As of the writing of this petition, Tatum has paid $1,830 and is $1,160 in arrearage. Her term of probation supervision is scheduled to terminate on December 14, 2007. Her present financial condition will not allow her to pay off the balance owed on restitution ($2,170) in nine (9) months. In addition to not abiding by her restitution payment schedule, Tatum has been reprimanded for failing to submit timely monthly supervision reports.

Based on her failure to adhere to her original restitution payment schedule, in addition to her failure to submit timely monthly supervision reports, the probation officer is requesting that her supervision be extended one year. With a one (1) year extension, her probation supervision would end on December 14, 2008. The extension will allow the probation officer to continue to pursue collection of the restitution and for Tatum to prove that she can comply with all terms of her supervision. Tatum has signed a waiver agreeing to the extension.

Respectfully submitted,

by   /s/ Jason M. Dillon
     Jason M. Dillon
     U.S. Probation Officer
     Date: March 29, 2007

Case 2:04-cr-00092-MEF-CSC   Document 31   Filed 03/29/07   Page 2 of 2
Case 2:04-cr-00092-MEF-CSC   Document 30-1   Filed 03/29/2007   Page 2 of 2

PROB 12B
(7/93)

2

Reviewed and approved: /s/ David Ron Thweatt
Supervisory U. S. Probation Officer

THE COURT ORDERS:

[ ]   No Action
[X]   The Extension of Supervision as Noted Above
[ ]   The Modification of Conditions as Noted Above
[ ]   Other

Signature of Judicial Officer

29 March 2007
Date